

# Fourth Court of Appeals
## San Antonio, Texas

November 21, 2014

No. 04-14-00804-CV

**IN RE BEXAR COUNTY CRIMINAL DISTRICT ATTORNEY'S OFFICE**,
Jonathan Watkins and Thomas Velez

Original Mandamus Proceeding[1]

**ORDER**

Sitting:     Catherine Stone, Chief Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice

On November 19, 2014, relators filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than December 4, 2014.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on November 21, 2014.

PER CURIAM

ATTESTED TO: _____
Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014-CI-05810, styled *State of Texas for the Protection of Janessa Brown v. Stephen F. Brown Jr.*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Solomon Casseb III presiding.